FILED
JUN 16 2008
U.S. COURT OF FEDERAL CLAIMS

ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STAN AND REBECCA BEECHAM et al., )
Plaintiffs, )
v. ) Case No. 08-435 L
UNITED STATES OF AMERICA, )
Defendant. )

**SELECTED CORPORATE PLAINTIFFS' DISCLOSURE OF CORPORATE INTERESTS**

Come Now, the selected corporate Plaintiffs in the above captioned, Dawson Heritage Furniture, Inc., Carl Junction United Methodist Church, and Leggett & Platt, Inc., individually and collectively, by and through their counsel of record, R. Deryl Edwards, Jr., and, pursuant to RCFC 7.1(a), herewith disclose their respective corporate interests as follows:

1. The above named corporate Plaintiffs, individually affirm and state that there is no parent corporation of these corporations or any publicly traded corporation that owns 10% or more of any one of these corporate Plaintiffs' respective stock

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS
R. Deryl Edwards MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS