ORIGINAL

FILED
JUN 1 6 2008
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

STAN AND REBECCA BEECHAM, *et al.*,
Plaintiffs,

v.

THE UNITED STATES,
Defendant.

Case No. 08-435 L

**ALPHABETICAL/NUMBERED PLAINTIFFS LIST SUBMITTED PURSUANT TO RCFC 20(a) PENDING CONSOLIDATION OF DIRECTLY RELATED CASES**

Comes Now, Plaintiffs, by and through their counsel of record, R. Deryl Edwards, Jr., and herewith submits the alphabetical listing of the Plaintiffs for the captioned matter, pending the anticipated consolidation of the captioned case with the directly related case of *Winder v. U.S.*, Case No. 08-324 L before the Honorable Christine O.C. Miller. The Plaintiffs have separately submitted an alphabetical listing of all Plaintiffs in the two cases in anticipation of consolidation of the two cases.

1. BEECHAM, STAN AND REBECCA
2. BURGESS, CHRISTOPHER AND JENNIFER
3. BRIDGES, CARL JR.
4. DENNIS CAMPBELL
5. CARL JUNCTION UNITED METHODIST CHURCH
6. COOK, GREGORY AND SUSAN
7. DAWSON HERITAGE FURNITURE CO.
8. DENNY, LOUIS AND HELLEN
9. FINGAR, VICKY
10. FRANCIS, HAROLD
11. GARRIGUES, HARRIETTE
12. HALL, MARGARET
13. HENRY, KENNETH AND ELIZABETH
14. HOWELL, DALE
15. KEGERRIES, RONALD AND MARGARET

16. LEGGETT & PLATT, INC.
17. LISTON, MARK AND CAROLE
18. LOOMIS, TONIE
19. McDONALD, CARL TRUST
20. MOORE, BILLIE
21. MOSKALSKI, SCOTT AND ELLEN
22. PATTERSON, JEFFERY AND CAROL
23. PERCY, DAVID AND LINDA
24. PETERS, TIMOTHY AND VICKEY
25. RIVES, RUSTY AND REBECCA
26. RYAN, VICTOR AND EMMA
27. SCHIERBECK, LOUIS AND DIANA
28. SELSOR, DONALD
29. SHAGETS, FRANK AND SANA
30. SHOUP, DONALD AND DIXIE
31. ST. ONGE, HEATHER AND WILLIAM WARD
32. STARK, CYNTHIA A. REVOCABLE TRUST
33. STEEPLES, BENNIE AND JANE
34. STILL, RICHARD AND NORMA
35. STRATTON, RICHARD AND EDITH
36. THWREATT, JAMEY AND STEPHANIE
37. UBER, RAY AND KELLEE
38. WAGNER, RONNIE
39. WEBER, JUDI
40. WEBER, WILLIAM AND MARCY
41. WENRICH, DANA AND STRAIT, SAMUEL
42. DONALD AND RILDA WHITEHEAD
43. STEVEN AND JOANN WHITEHEAD
44. WILKINS, CHARLES AND TERESA
45. WILKINS, JOHN AND BILLIE
46. WILLIAMS, HENRY AND VELMA
47. WILSON, GAREY AND DAISY
48. YOUNG, STEPHEN AND BONNIE

Respectfully Submitted,

LAW OFFICES OF R. DERYL EDWARDS, JR.
R. Deryl Edwards, Jr. MO# 48277
606 S. Pearl
Joplin, MO 64801-2582
(417) 624-1962
(417) 624-1965
rde417@hotmail.com
ATTORNEY FOR THE PLAINTIFFS